IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEREK R. NICHOLS, | ) | 8:14CV333 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WILLIAM WRIGHT, Judge (Buffalo | ) | |
| District Judge) Official Capacity, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. On January 29, 2015, the court ordered Petitioner to name the current warden of his present place of confinement as the respondent in this habeas corpus action within 30 days. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2005) ("The federal habeas statute straightforwardly provides that the proper respondent to a habeas petition is the person who has custody over the petitioner.") (internal quotation marks and brackets omitted). To date, Petitioner has not complied with this court's order or taken any other action in this case.

IT IS THEREFORE ORDERED that: Petitioner has 30 days in which to show cause why this case should not be dismissed for failure to prosecute and failure to comply with this court's order. The clerk's office is directed to set a pro se case management deadline in this matter: May 1, 2015: deadline for Petitioner to show cause.

DATED this 30th day of March, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.