IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEREK R. NICHOLS, | ) | 8:14CV333 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WILLIAM WRIGHT, Judge (Buffalo | ) | |
| District Judge) Official Capacity, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. On March 30, 2015, the court ordered Petitioner to show cause within 30 days why this case should not be dismissed for failure to prosecute it and for failure to comply with this court's order. To date, Petitioner has not responded to the court's order or taken any other action in this case.

IT IS THEREFORE ORDERED that: This action is dismissed without prejudice for failure to prosecute and for failure to comply with this court's orders. A separate judgment will be entered in accordance with this order.

DATED this 7th day of May, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge